**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SHAWN M LEWELLEN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN District of TEXAS (State) |
| Case number | 13-31757 |

Form 4100R

# Response to Notice of Final Cure Payment (90)    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** BSI FINANCIAL SERVICES     **Court claim no.** (if known)  5

**Last 4 digits** of any number you use to identify the debtor's account: 9703

**Property address:** 19630 RIVER POINTE LN
Number     Street

KATY     TX     77449
City          State    Zip Code

## Part 2:  Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❏ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04/01/2018
                                                                MM / DD / YYYY

❏ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                    (a) _____
  b. Total fees, charges, expenses, escrow, and costs outstanding:          +  (b) _____
  c. **Total.** Add lines a and b.                                               (c) _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
                           MM / DD / YYYY

Case 13-31757   Document 96   Filed in TXSB on 05/23/18   Page 2 of 3

| Debtor 1 | SHAWN M LEWELLEN | Case number *(if known)* | 13-31757 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Harriet L. Langston    Date: 05/23/2018
Signature

Print: /s/ Harriet L. Langston    Title: Attorney for BSI Financial Services
      First Name  Middle Name  Last Name

Company: Codilis & Stawiarski, P. C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 400 N. Sam Houston Parkway E., Suite 900-A
         Number    Street

         Houston            Tx          77060
         City               State       ZIP Code

Contact phone: 281-925-5200    Email: Harriet.Langston@tx.cslegal.com

File #44-17-0380

CERTIFICATE OF SERVICE

I hereby certify that on 05/23/2018 a true and correct copy of the Response to Notice of Final Cure Payment via electronic means, if available, otherwise by regular, first class mail to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid on 05/24/2018.

SHAWN M LEWELLEN
19630 RIVER POINTE LN
KATY, TX 77449
**DEBTOR**

NIMA TAHERIAN
701 N. POS OAK RD, STE 216
HOUSTON, TX 77024
**ATTORNEY FOR DEBTOR**

DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX 77096-3856
**CHAPTER 13 TRUSTEE**

*Codilis & Stawiarski, P.C.*
/s/ Harriet L. Langston
Harriet L. Langston SBOT 11924400
Annarose Harding SBOT 24071438
Sarah Sibley Cox SBOT 24043439
Lisa L. Cockrell SBOT 24036379
Nicole M. Bartee SBOT 24001674
Cristina Planton Camarata SBOT 16061560
**ATTORNEYS FOR RESPONDENT**